UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHIRSTINA SUE HENRY,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

CASE NO. 2:20-CV-116-DWC

ORDER GRANTING EAJA
ATTORNEY'S FEES

      Currently pending before the Court is Plaintiff's Motion for Attorney Fees and Costs Under EAJA. Dkt. 14. This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Magistrate Judge Rule MJR 13. *See also* Dkt. 4.

      Plaintiff requests fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"). Dkt. 14. Defendant filed a Response stating Defendant had no objection to the request for fees. Dkt. 15. Based on the EAJA, attorney time itemization (Dkt. 14, p. 4), the relevant record, and the Response, the Court orders an EAJA Award in the amount of EAJA attorney's fees of $5,892.95 and costs in the amount of $400.00 be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010); *see also* 28 U.S.C. § 1920; 31 U.S.C. § 1304(a).

1       The Commissioner is directed to contact the U.S. Department of Treasury after this Order

2  is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

3  Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt and is not

4  subject to any offset, the government shall pay the EAJA Award directly to Todd R. Renda,

5  Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based

6  on the Department of the Treasury's Offset Program and standard practices, and the check shall

7  be mailed to Plaintiff's counsel, Todd R. Renda, 6314 19th Street West, Suite 21, Tacoma, WA

8  98466.

9       Dated this 23rd day of September, 2020.

David W. Christel
United States Magistrate Judge